IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ALEXANDER ORA-A,<br><br>Plaintiff,<br><br>vs.<br><br>AXIS INSURANCE COMPANY,<br><br>Defendant. | CIVIL NO. 20-00063 JAO-RT<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on July 31, 2020, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to 28 U.S.C. § 636(b)(1)(C) and Local Rule 74.1, the "Findings and Recommendation to Deny Plaintiff's Motion for an Order of Remand," ECF No. 42, is adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED:   Honolulu, Hawai'i, August 17, 2020.



Jill A. Otake
United States District Judge